UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BURTON HUTCHINGS,          :

        Plaintiff,    :     Civil No. 3:01CV540 (CFD)

                  :

                  :

UNITED STATES OF AMERICA,    :

        Defendant.    :     NOVEMBER 4, 2003

### DEFENDANT'S AMENDED LOCAL RULE 56(a)(1) STATEMENT

Pursuant to Rule 56(a)(1) of the Local Rules of Civil Procedure for the District of Connecticut, the Defendant, United States of America, hereby respectfully submits that the following material facts are not in dispute and do not present a genuine issue to be tried:

1.      Plaintiff's expert, Arthur A. Serpick, M.D., bases his expert opinion on his finding that the Plaintiff was seen at the VA in February of 1998 and had a rectal examination that described no masses and a prostate within normal limits. See Report of Arthur A. Serpick, M.D. dated September 5, 2001, appended hereto as Exhibit A.

2.      Dr. Serpick finds that the Plaintiff did not have a subsequent digital rectal examination throughout 1999. Id.

3.      Dr. Serpick finds that the Plaintiff was diagnosed with prostate cancer in 2000. Id.

4.      Dr. Serpick opines that had a digital rectal examination been performed a year before diagnosis, in 1999, Plaintiff would have had a less advanced cancer and a greater chance for cure. Id.

5.      The Plaintiff's first treatment contact with the VA Connecticut Healthcare System was on February 9, 1998 when he presented at the West Haven campus Psychiatric Emergency Room. At that time, Plaintiff reported a daily intake of I quart to ½ gallon of vodka for the previous 9 months. See Plaintiff's VA Medical Records, Volume 1 ("VAMR"), at pp. 53 and 66, attached hereto as Exhibit B.

6.      At the time of the February 9, 1998 presentation, Plaintiff's blood pressure was 250/132 and he acknowledged that he had not taken his prescribed anti-hypertensive medication [Lopressor] for 6 years. The Plaintiff was held in the psychiatric ER for the management for alcohol withdrawal. See VAMR at pp. 49-50.

7.      As part of the February 1998 admission, a physical examination was performed by Joseph Cassar, the report for which was co-signed by Dr. Oscar Hills. According to Dr. Cassar's physical examination, the Plaintiff had no rectal masses and his prostate was within normal limits and "heme (-)." See VAMR at p. 50.

8.      On February 17, 1998, after successfully completing the alcohol detoxification, the Plaintiff was transferred to a substance abuse day treatment program (SADP) at VA Connecticut. See Plaintiff's Responses to Defendant's Requests for Admission, attached hereto as Exhibit C, Number 4 ("Plaintiff's Responses").

9.      On February 23, 1998, the Plaintiff was described as a "twice divorced, unemployed (x's 9 months), Navy veteran ('65 - '68) who has no SCD [Service Connected Disability]. He presents with a 25 year history of alcohol dependence." The plan was for the Plaintiff to participate daily in the substance abuse treatment program "for a minimum of three weeks." His treatment was to be provided by Dr. Michael Gill as his primary clinician and Dr. Christopher Gottschalk as the attending psychiatrist. See VAMR at p. 80; Plaintiff's Responses, Number 5.

10.    Also on February 23, 1998, the Plaintiff was evaluated by Dr. Gail Vitagliano in the Outpatient Medicine Clinic. Dr. Vitagliano noted that the Plaintiff complained of erectile difficulties during the past week that Plaintiff attributed to excessive hypertension medication. Dr. Vitagliano adjusted the anti-hypertensive medication and instructed the Plaintiff to return to the clinic in one month. She also noted that Plaintiff's health maintenance was to be addressed at his next visit. See VAMR at pp. 81-82; Plaintiff's Responses, Number 6.

11.    On March 27, 1998, after what was described as a series of unexcused absences, the Plaintiff was discharged from the substance abuse program. It was also noted that he had not responded to his therapist's attempts to re-engage him. See VAMR at pp. 105-106.

12.    There is no medical record evidence of Plaintiff having kept his appointment with Dr. Vitagliano at the Outpatient Medicine Clinic.

13.    Seven months later, on October 26, 1998, the Plaintiff returned to the VA Connecticut for a blood pressure check. At that time, his blood pressure was 238/136 and when rechecked was 250/130. The Plaintiff reported that he was "still actively drinking" and that he had stopped taking his anti-hypertensive medication. He was held in the ER "to bring down BP before he goes home today" and he was instructed to "return to clinic to see pcp [Primary Care Provider] Dr. Haskell in 2 days for BP check." The note also concluded "Health maintenance – to be addressed by pcp Dr. Haskell – Pt has appt. scheduled w/Dr. Haskell on 1/5/99." See VAMR at p. 109.

14.    On 10/29/98 the Plaintiff did return to the Emergency Room and his blood pressure was 150/92. See VAMR at p. 114; Plaintiff's Responses, Number 10.

15.    On October 30, 1998, the Plaintiff's wife called to report that he would be unable to keep his scheduled appointment. She inquired as to whether he could receive care at the New London (VA) Outpatient Clinic and Dr. Rigsby "placed an

-3-

electronic consult to New London clinic for primary care services…was also given phone number for VA transportation services that would enable Mr. Hutchings to continue care here until he is established with the New London clinic." See VAMR at p. 115.

16.    On December 1, 1998, the Plaintiff was seen by Dr. Sujata Prasad at the New London Community Based Outpatient Clinic (CBOC). Dr. Prasad noted that the Plaintiff's systolic B/P was still elevated and that he was complaining of "impotence - ? [secondary] Felodipine, smoking, ETOH [alcohol] D/C [discontinue] ETOH." Next Dr. Prasad wrote "√ PSA" and noted an elevated cholesterol level, with a plan to "√ lipid profile" and mildly elevated liver function tests [LFT's] secondary to 'binge drinking." Dr. Prasad indicated a plan to repeat the LFT's "after D/C" [after pt. stops drinking.] The doctor wrote as her last line in the note "RTC [Return to Clinic] 6 weeks." See VAMR at pp. 116-117.

17.    Plaintiff did not return to the VA in 1999, and there is no medical record evidence of Plaintiff having received any treatment at the VA in 1999. See Plaintiff's Responses, Number 13.

18.    Thirteen months later, on January 3, 2000, the Plaintiff again presented at the West Haven campus ER requesting alcohol rehabilitation. He admitted that he had just undergone a 4-day alcohol detoxification program at a non-VA facility and that he had been drinking a quart of vodka daily for 10 months. He also acknowledged that he had been non-compliant with his hypertension treatment regimen. See VAMR at p. 128.

19.    At the time of his January 3, 2000 admission, the Plaintiff had an examination performed by Dr. Vitharan Boon-Yasidhi, the report of which was co-signed by Dr. Oscar F. Hills. The note for this examination indicates "Genitalia/rectal: not

-4-

tested." The note also states that Plaintiff was "to be referred to primary care clinic for f/u treatment of his medical problems." See VAMR at pp. 129-130.

20.    On January 4, 2000, the Plaintiff was again admitted to the VA Connecticut Day Hospital Substance Abuse Treatment Program. See VAMR at pp. 133-134; Plaintiff's Responses, Number 16.

21.    On January 3, 2000, the Plaintiff's treater in the substance abuse program, Lillian Riddick, advised him of his elevated cholesterol and liver function studies and encouraged him to arrange for Medical Clinic follow-up. Dr. Riddick wrote that she received a message from Dr. Prasad that the Plaintiff was "to call the clinic for an appointment." See VAMR at p. 149.

22.    According to the medical record, the Plaintiff expressed an interest in admission to Rocky Hill Veterans Home & Hospital. Plaintiff's primary clinician requested an extension in the VA CT Quarterway House on Medical Center grounds so the Plaintiff could continue to reside there until completing the SADP. See VAMR at pp. 152; Plaintiff's Responses, Number 18.

23.    On January 27, 2000, the Plaintiff was discharged from the substance abuse program after having been "clean and sober" since January 5, 2000. The discharge plan was as follows: "The pt. has an appt. with his PCP, Dr. Prasad in New London, on 2/9/00 at 3:30. He is scheduled for admittance to the VRC at Rocky Hill V.H. & H on 1/28/00." See VAMR at p. 154; Plaintiff's Responses, Number 19.

24.    In January of 2000, Plaintiff was admitted to the Rocky Hill Veterans Home and Hospital.  Shortly thereafter, Plaintiff was diagnosed with adenocarcinoma of the prostate.  <u>See</u> Plaintiff's Responses, Number 20.

DEFENDANT, UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

LAUREN M. NASH
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR NO. ct01705

-6-

✝ CATHOLIC HEALTH
✝ INITIATIVES

# St. Joseph
# Medical Center

September 5, 2001

Ralph J. Monaco, Esquire
Conway & Londregan, P.C.
38 Huntington Street
P.O. Box 1351
New London, Connecticut 06320-1351

RE:    Burton Hutchings

Dear Mr. Monaco:

Mr. Hutchings came under care of the Veterans Administration facilities at the age of 50, in 1998. In February 1998, he did have a rectal examination that described no masses. Prostate was within normal limits. No PSA examination was performed.

Throughout the next several years, the patient was under treatment at the VA facilities. He did not have a subsequent digital rectal examination throughout 1999. A subsequent digital rectal examination two years later showed an abnormal prostate exam and a high PSA. When he was ultimately diagnosed, he had a T3B carcinoma of the prostate with a 45% to 50% 8 year survival. The American Cancer Society Guidelines would call for an annual digital rectal examination, and at that time, the VA Guidelines did call for PSA and sigmoidoscopy as well. Had an examination been performed a year earlier, I feel that there would most likely have been a T1 to T2 prostate carcinoma with a 75% five year survival after undergoing radiation therapy or surgery. Failure to perform these interventions resulted in the patient's cancer being far more advanced at the time of his diagnosis with a resultant decrease in the chance for cure and a significant lowering of his survival rate.

I have appended the best reconstruction that I could gather from my files of the testimony that I have given in recent years. I do not have evidence of giving testimony in a trial or a deposition in the year 1999.

Sincerely,

Arthur A. Serpick, M.D., F.A.C.P.
Vice President, Clinical Affairs/Head, Department of Medicine

attach.
*A spirit of innovation, a legacy of care.*

7601 Osler Drive  Towson, MD 21204-7582  P 410.337.1000  F 410.337.1569
.1671  www.sjmcmd.org

EXHIBIT A

02/09/1998 10:18      ** CONTINUED FROM PREVIOUS PAGE **

Dr. Zayliss, MD who recommended re-starting Lopressor which patient has not taken for 6-years. One should start at 50mg bid and titrate to 100mg bid.

Labs: CBC, chem 19, PT/PTT, Calcium profile, Mg, TSH, TFT, Utox and UA and ECG are pending.

Plan:
Will hold in Psych Er and observe for withdrawal. Will medicate accordingly with oxazepam 30mg q3hr prn for withdrawal. Will supplement with vitamins
Will re-start metoprolol at 50mg bid
Will put in for a primary care clinic appointment

                    Signed by: /es/ JOSEPH R CASSAR
                               MD 02/09/1998 10:30
                  Cosigned by: /es/ Oscar F. Hills, M.D.
                               Chief, Psychiatric Emergency Room 02/10/1998 (
8:27

---

49

EXHIBIT B

MEDICAL RECORD                                                              Progress Note

NOTE DATED: 02/09/1998 10:18   PHYSICAL EXAMINATION
VISIT: 02/09/1998 10:18 PSYCHIATRY-ER AM (WHAV)
Vital Signs: Pulse 92/min   Temp 98F   Respirations 16    BP 250/132
General:
HEENT: Normocephalic, atraumatic. Pupils equal, round and reactive to
       light reflex. Mouth without lesions, throat without erythema or
       exudate.
Neck:  Supple, without thyromegaly or masses.
Back:  No CVA tenderness
Chest: Clear to auscultation and percussion
Cardiac:Pulses symmetrical. Regular rate and rhythm. No murmurs, rubs or
        gallops. No bruits
Abdomen: Soft and nontender without orgamomegaly or masses. Bowel sounds
         normal.
Genitalia:no masses. no penile discharge
Rectal: no masses; prostate wnl; heme (-)
Extremities: No cyanosis or clubbing.
Skin: intact
Neuro:
       Cranial Nerves:
              I: Not tested
              II-XII: intact
       Cerebellar:
              Gait wnl
       Peripheral NS:
              Sensory deferred
              Motor  5/5 all groups
       Deep Tendon Reflexes:
              Biceps  2+
              Triceps 2+
              Patellar 2+
              Ankle    2+
       Babinsky   negative
       Rhomberg   negative

Review of Systems:no chest pain; no dyspnea, no orthopnea; no cough or
hemoptysis; no N/V/D; No hematemesis or melena.
Blood pr (fresh red blood in toliet); no dysuria or hematuria; no
headaches; daily pain in back radiating to the front

MSE: Well groomed, dressed appropriately, speech is coherent. Mood is
dysphoric with reactive affect. Thought process is goal directed and
thought content is wtihout delusions or hallucinations; no suicidal or
homicidal thoughts or plans. Cognitively intact.

Impressions:
ETOH withdrawal
fresh red blood per rectum; presently heme (-). Patient has a hx of
hemorrhoids with operation in the past.
High BP, probably a combination of HTN history and ETOH withdrawal; d/w
                ** THIS NOTE CONTINUED ON NEXT PAGE **

HUTCHINGS,BURTON M          VACT HEALTHCARE SYSTEM      Printed:09/12/2000 08:
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 DOB:04/25/1948    Pt Loc: OUTPATIENT                     Vice SF 5



**Department of Veterans Affairs** | **MEDICAL RECORD**

Admitted:
Date: 02/09/98   Time: 9 ~~am~~ pm   Via: __ Amb. __ WC __ Stretcher
Mo. Day Yr.
Allergies: Denies
Reactions:

Valuables: __ With patient __ Home __ Other (specify) Pockets empty, denies contraba,
Patient Signature: ~~B. Hutchins~~   & Stuff by WB pt.w

Chief complaint (subjective or objective): Req. ETOH detox.

Substance Abuse?   Yes   No   (circle)                              Consistent
If "Yes": What? ETOH      How 1Qt - 1/2 gallon QD   How 1 year   Last 02/08
                          Much?                     Long?        Use?

ETOH Bld. Level: ____    Breathalyzer alcohol reading: | 0.040 |   BP | .003 |

Previous Treatment (Psych/Subst. Abuse)
Stonington institute approx 7 years ago
did not complete program.

Medical Problems:
Pts daughter reports Pt starte,
"gets violently ill if stops drinking
c/o severe stomach cramps
Blood in stools & urine, nosebled i

Current medications (or meds PTA)

| Drug | Dose | Freq. | Last Dose |
|------|------|-------|-----------|
| Denies | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Initial Vitals (obtained on admission to ER)

| | | | | Yes | No |
|---|---|---|---|-----|-----|
| T | 97 7 | T > 100.5? | | ☐ | ☐ |
| BP | 2.5/137 | D BP > 115? | | ☐ | ☐ |
| P | 98 | P > 130? | | ☐ | ☐ |
| R | 18 | SOB? | | ☐ | ☐ |
| | | Chest Pain? | | ☐ | ☐ |
| | | ABD Pain? | | ☐ | ☐ |
| Recent history significant trauma? | | | | ☐ | ☐ |

If 'Yes' response to any question notify POD
STAT (see reverse for more details).

Medication administration record (STAT or Onetime order)

| Drug | Time | Dose/Rt. | Signature | Improve |
|------|------|----------|-----------|---------|
| Nifedipine | 9p | 10mg PO | | Y N |
| | | | | Y N |
| | | | | Y N |

2nd Assist vitals Q3°

| Time | 40 10AM | 40 12PM | 40 2PM | 5 3PM | 9P | 10P |
|------|------|------|------|------|------|------|
| T | | | | 98 9 | 98 8 | 98 |
| BP | 183/70 | 184/110 | 183/99 | 187/94 | 184/101 | 173/96 |
| P | 101 | 114 | 96 | 102 | 78 | 77 |
| R | 18 | 18 | 18 | 18 | 16 | 16 |

LABS (check all that apply)
Chem-7 __  Chem-19 __  PT __  PTT __  UCO3 __
CBC __  LFTs __  TFTs __  AMYLASE __  LIPASE __
EKG __  UTOX __  U/A __  Urine C&S __  CXR __
Sputum C&S __  Other: __

PSYCHIATRIC ER POP SHEET

IMPRINT PATIENT DATA CARD (Name, Address and Social Security Number)

HUTCHINS, BURTON M        C71
2143 SW 3RD AVE
CAPE CORAL         FL 33991

SN 042548 516

VA FORM 10-0114P  7V
CATEGORY "C"

02 08 98

ASSESSMENT CARE PLAN, FLOW SHEET
(2-FOLD)

OP-118-151 (689) 8/95

*U.S.GPO: 1992-309-

53

MEDICAL RECORD                                                          Progress Notes

----------------------------------------------------------------------------------

NOTE DATED: 02/17/1998 12:29   MENTAL HEALTH ATTENDING PROGRESS NOTE
ADMITTED: 02/17/1998 12:29 1-8WPSY

Mr Hutchings is a 49yo dwm admitted 2/11/98 for treatment of a medically
complicated detox from alcohol.  In the ER he was found to have an
elevated blood pressure.

He came to the VA requesting detoxification from alcohol.  He denied any
other substance abuse. He denied a history of seizures or DT's, but has
had blackouts and tremors in the past. He has undergone detox, once
before, in 1996 in Stonington, Ct. He was drinking one quart of Vodka
daily for the past 9 months. Stressors included unemployment. He has no
prior psychiatric history. He was treated with Serax for withdrawl.
Amedicine consult was obtained in the ER and he was started on Lopressor
which was increased to 100 MG BID, Nifedipine 10 MG QD, and
Hydrochlorothiazide 50 MG QAM. His pressure readings c ame down and on
2/13 Medicine followup recommended the addition of Lisinopril 5MG QD which
was done.  He denied symptoms of depression, and was hopeful about his
future. Hehad no psychotic symptoms.  Upon discharge he met with Don
Dailey to arrange to continue his detox as an outpatient. He will go to
his daughters for the weekend, and 2/17 will start in SADP.  A Q house bed
is to be held for him for admission on 2/17. He was given a medical
appointmentr for followup of his bloodpressure.

                    Signed by: /es/ SUSAN V LEWIS
                               Attending Psychiatrist 02/17/1998 12:44

--------------------------------------------------------------------------------

66

MEDICAL RECORD                                          Progress Notes
------------------------------------------------------------------------
NOTE DATED: 02/23/1998 14:23  SA DAY TREATMENT NOTE
VISIT: 02/23/1998 14:23  SA DAY REHAB GROUP (WHAV)
Treatment Team Coordinator Note

Patient was admitted today, February 23rd, into the SADR program.  He is a
49 year old, twice divorced, unemployed (xs 9 months), Navy veteran
('65-'68) who has no SCD.  He presents with a 25 year history of alcohol
dependence.  Over the past nine months he admits to drinking a quart of
vodka on a daily basis. Patient came to the emergency room at this
facility on February 9th and was held there for two days due to
extremely high blood pressure.  On the 11th he was transferred to G8West
due to the potential of medical complications during withdrawal and
remained there until the 13th when he was transferred to outpatient detox
and qhosue residence.  Patient successfully completed detox on February
18th, and on the 20th he left the qhouse to return home.  Patient denies
use of any substances.  Last year he spent six days at the Stonington
Institute for detox and left AMA.  He has been exposed to self-help but
does not intend to attend meetings.   Patient is currently maintained on
Lopressor and Lisinopril for hypertension and Indocin for gout.  He denies
current legal issues.

Plan:  1.  Daily participation in the SADR program for a minimum of three
           weeks.
       2.  Concomitant treatment with his primary clinician, Mike Gill,
           and attending Chris Gottschalk.

             Signed by: /es/ RACHEL L HART
                            Addiction Therapist 02/23/1998 14:36
           Cosigned by: /es/ P CHRISTOPHER GOTTSCHALK
                            MD 02/26/1998 14:12

------------------------------------------------------------------------
HUTCHINGS,BURTON M          VACT HEALTHCARE SYSTEM    Printed:09/12/2000 08:4
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 DOB:04/25/1948    Pt Loc: OUTPATIENT              Vice SF 50
------------------------------------------------------------------------



MEDICAL RECORD                                              Progress Note
-----------------------------------------------------------------------
02/23/1998 16:14        ** CONTINUED FROM PREVIOUS PAGE **

and alchohol abuse who comes to the clinic complaining of lightheadedness
and erectile dysfunction that he attributes to excessive hypertension
medication.

1) hypertension: Today the patient's BP is well-controlled.  We will
discontinue the metoprolol as the patient requested but will increase the
lisinopril to 10 mg qd.  The patient agrees to follow his BP every day
with his personal BP monitor and will call us if it changes dramatically.
He is scheduled to come back to the clinic in 1 month (3/23) for review.

2) EtOH abuse: Patient continues to be alchohol-free and followed by an
outpatient detox program.  The patient was on oxazepam but finished his
course and no longer feels he needs it.

3) Gout: continue indomethacin

4) health maintainance: to be adressed at his next visit.

                    Signed by: /es/ GAIL VITAGLIANO
                               02/23/1998 16:48

-----------------------------------------------------------------------
HUTCHINGS,BURTON M          VACT HEALTHCARE SYSTEM      Printed:09/12/2000 08:
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 DOB:04/25/1948     Pt Loc: OUTPATIENT              Vice SF 5
-----------------------------------------------------------------------

81

MEDICAL RECORD                                                    Progress Notes
--------------------------------------------------------------------------------
NOTE DATED: 02/23/1998 16:14   MEDICINE OUTPATIENT PROGRESS NOTE
VISIT: 02/23/1998 16:14 ZZZGIMC (WHAV)
Burton Hutchings is a 49 year old man with history of hypertension and
alchoholism who came to the clinic complaining that his blood pressure
medication was excessive.

HPI: The patient  was in good health until 3 days prior to his clinic
visit when he noticed while shopping that he felt light headed and that he
might pass out.  When he sat down the light-headedness passed.  2 days
prior to admission the patient was standing at rest and developed a
sensation that the building was moving.  Also during the past week the
patient has been unable to have an erection, a problem that he experienced
several years ago when he was on a beta-blocker.  These symptoms of
light-headedness and erectile dysfunction have developed since beginning
antihypertensive medication (metoprolol and lisinopril) 2 weeks ago and he
attributes these symptoms to the medication.  The medication was started
when his systolic blood pressure was measured to be over 200 during
hospitalization for alchohol detoxification.  Since starting the
medication, he has been taking his own blood pressure daily and it has
been much lower.  Yesterday he measured a BP of 105/70.

PMH: gout
alchoholism - The patient came to the hospital for detoxification 18 days
ago.  Since then he has been followed by an outpatient detox program and
has remained alchohol-free.

Meds:
metoprolol 100 mg BID
lisinopril 5 mg qd
indomethacin 50 mg TID

Allergies: NKA

SH:
EtOH - 25 yrs.  Most recently as much as 1 quart of vodka per day
beginning at 9:30 am.
Cigarettes - 3/2 ppd for 25 yrs
Patient is not working now.

FH: Brother died of diabetes, mother has pacemaker, father died of heart
attack.

PE: VS: T 97.2  BP 136/74  P 71
HEENT: white sclera
Lungs: clear
Heart: RRR, normal S1 and S2, no murmers, rubs, or gallops
ABD: non-distended, non-tender, no ascites, liver and spleen not palpable
Extrem: no edema, no tender or inflammed joints, hands did not tremble

A/P: In summary, Hutch is a 49 year old man with history of hypertension
                ** THIS NOTE CONTINUED ON NEXT PAGE **
--------------------------------------------------------------------------------
HUTCHINGS,BURTON M          VACT HEALTHCARE SYSTEM      Printed:09/12/2000 08:4
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 DOB:04/25/1948    Pt Loc: OUTPATIENT              Vice SF 50
--------------------------------------------------------------------------------



MEDICAL RECORD                                                    Progress Note:
--------------------------------------------------------------------------------
NOTE DATED: 03/27/1998 11:30  SA DISCHARGE NOTE
VISIT: 03/27/1998 11:30 SA DAY REHAB GROUP (WHAV)
Patient has been discharged from the SADR program due to a series of
unexcused absences. Last week his mother was hospitalized and this led to
his absence from treatment 4 out of 5 days.  He was strongly encouraged to
keep day treatment staff abreast of how he was doing and when he planned
to return to the program.  However, this week he neither called nor did he
answer messages left by this writer at his home.  One last attempt to
contact him this morning was unsuccessful as well.  Patient is a 49 year
old, twice divorced, unemployed, caucasian, Navy veteran who has no SCD.
He presented to the ER earlier in the month and spent several days on
g8west due to potential complications related to withdrawal.  Upon
discharge, he was referred to outpatient detox and qhouse placement.  When
detox was completed, he began attending the SADR program, his second
exposure to chemical dependency treatment (6 day stay at Stonington
Institute last year).  Patient reports a 25 year history of alcohol
dependence, consuming a quart of vodka daily.  He denies any other
substance use.  He denies any history of psychiatric illness or treatment,
and remained psychiatrically stable throughout his stay with no SI.
Patient has no legal issues pending.  Prior to discharge, he was receiving
medication for gout and hypertention.  Throughout his stay in the program,
patient did comply with objectives related to his first problem issue.  He
readily identified himself as an alcoholic and was aware of internal and
external triggers. In addition, he developed a good understanding of the
relapse process. Patient remained steadfast in his decision to not seek
support through self-help.

Discharge plan:        1.  Premature discharge - attempts to contact patient
                           to refer him to Mike Gill were unsuccessful.

Discharge medications:  See attending note.

Discharge diagnosis:    Axis I:    Alcohol Dependence
                        Axis II:   None
                        Axis III:  Gout;
                                   Hypertention
                        Axis IV:   Unemployment, strained interpersonal
                                   relationships
                        Axis V:    50

                Signed by: /es/ RACHEL L HART
                                Addiction Therapist 03/27/1998 11:45
             Cosigned by: /es/ P CHRISTOPHER GOTTSCHALK
                                MD 03/27/1998 13:06

--------------------------------------------------------------------------------
HUTCHINGS,BURTON M          VACT HEALTHCARE SYSTEM      Printed:09/12/2000 08:
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 DOB:04/25/1948    Pt Loc: OUTPATIENT                 Vice SF 5(
--------------------------------------------------------------------------------



MEDICAL RECORD                                                    Progress Notes

NOTE DATED: 03/31/1998 15:14  SA DISCHARGE NOTE
VISIT: 03/31/1998 15:14 SA GEN GROUP PM (WHAV)
Mr. Hutchings was seen in the Psych ER on 2/11/98 when he came to request
detox from alcohol. It was noted that his BP was 250/134 and was started
immediately on Lopressor 50 mg. He was admitted to 8W because staff felt
his detox would be best managed inpatient. He completed 8W on 2/17/98 and
was referred to OPT detox for F/U. He was transferred to the Q House and
OPt Detox for F/U and was DC'ed from OPT Detox on 2/18/98 and was supposed
to start SADP but had an acute case of Gout. So he stayed in the Q House
until 2/20/98 and left with a plan to attend SADP on 2/23/98 from his home
in Oakdale, CT. He attended SADP from home until 3/17/98 when he called
Rachael Hart at SADP and said his mother was sick and he had to stay in
Oakdale to care for her.

Mr. Hutchings attended one OSAC group on 3/11/98 on Wed at 11am and then
cancelled 3/18 and 3/25. He has not responded to Ms. Hart's attempts to
re-engage him or to refer him to the Wed 11am group.

Pt is not at risk for SI or HI.

DISCHARGE DX:
I        Alcohol Dependence.
II       Deferred.
III      HTN, Gout, H/O hemorroids.
IV.      Severe.  Unemployed, domestic tension, financial problems,
         Lack of sober supports.
V.       GAF 48.

DISCHARGE MEDS:
Hydrochlorothiazide 50mg, Lisinipril 5mg,  Metoprolol Tardate 100 mg.
DISCHARGE PLAN:

Pt may re-apply for OSAC F/U group through Ray Guidone M, W, F @8:30am.
Primary clinician is V. Michael Gill, Ph.D.

                    Signed by: /es/ VERNE M GILL
                               PHD 03/31/1998 15:39

106

MEDICAL RECORD
Progress Notes

---

NOTE DATED: 10/26/1998 11:38   PRIMARY CARE - FOCUSED VISIT PROGRESS NOTE
VISIT: 10/26/1998 10:30 FIRM A1 AMBULATORY BLOCK (WH)
Mr. Hutchings is a 50yo wm s/ PMH significant for HTN, EtOH abuse, and
gout, who comes in for BP check.

About a week ago, he took his BP on his home machine, 210-215/110-120.  He
thought his machine might be broken and called the clinic for an appt to
have his BP checked.  He denied any CP/SOB/palp/abd pain/n/v/d/visual
changes/headache.

MEDS: lisinopril 10mg qd
      colchicine 0.6mg q1-2h prn acute gouty attack
      indomethacin 50mg bid-tid prn gout pain

NKDA

PE: WD WN WM in NAD
VS- T 98.3  BP 238/136, rechecked 250/130 both arms  P 92
   wt 217  ht 6'0"  BMI 29
HEENT- optic disks sharp bilat.  ?cotton wool spots R eye.
Chest- CTA bilat
Card- reg rate
Abd- benign
Extr- no edema, NT

LABS: Chem 7, LFT's today pending
U/A: today pending

A/P:
1) HTN- not adequately controlled.  Pt states that he did not tolerate
lopressor in past as it caused sexual dysfunction.
- Check U/A for red cells, indicative of microvascular damage
- Check Chem 7
- Send pt to ER to bring down BP before he goes home today
- Start felodipine 5mg qd
- Return to clinic to see pcp Dr. Haskell in 2 days for BP check
- Ophtho consult to evaluate potential microvascular damage from
long-standing HTN

2) EtOH abuse- pt still actively drinking.
- Check LFT's
- Advised pt about need to discontinue EtOH and starting treatment group
again

3) Health maintenance- to be addressed by pcp Dr. Haskell
- Pt has appt scheduled w/ Dr. Haskell on 1/5/99

                    Signed by: /es/ MICHELINE C CHU
                               intern 10/26/1998 11:54
      Receipt Acknowledged By: /es/ MICHAEL O. RIGSBY
                               M.D., Attending, team AI 10/27/1998 16:03

---

109

DATE

CLINIC

PROVIDER

ATTENDING

50 y/o ♂ with hx of HTN.

Patient went to ER on monday & had high B.P.
was given IV bopper scr. Here to B.P. started
Felodine. Had run out of pills prior to visit to ER.

BP. 152/92.

Chest clear

Hs. S₁S₂ ⊕

NTG  Impression

Lisinopril 10₇ id  ① HTN - B.P better. however just started on Felodine
Felodine 5₇.  would give it another week to see it settle.

② Flu shot

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle grade, rank, rate, hospital or medical facility)

REGISTER NO.

WARD NO.

**PROGRESS NOTES**
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR
FPRMR (41 CFR)201-45.505
509-111

Hutchings Burton
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

114

ICAL RECORD

-------------------------------------------------------------

TE DATED: 10/30/1998 14:46   PHARMACY GENERAL PROGRESS NOTE

SIT: 10/30/1998 14:46 ZZZFIRM B-PHARMACY (WHAV)

one call:

ceived phone call from pt's ex-wife, Fran.  She stated that they would
unable to make their scheduled appointment for today  with Dr.
skell secondary to transportation difficulties. She also indicated that
ey had taken Mr. Hutchings bp on a automated machine and that it was
4/93. And lastly, she inquired about receiving care through the New
ndon clinic.

) yo male with h/o etoh abuse, gout and htn (recently seen in amb block
th bp 238/136 with repeat of 250/130 - where he was taken to er for iv
-blocker therapy).  Plan was to continue lisinopril and start felodipine.
ran stated that her ex husband has felt worse with the lowering of the
lood pressure.

iscussed case with Dr. Rigsby, who placed an electronic consult to
ew London clinic for primary care services.  Also provided a New London
hone number to pt's ex wife - in order to arrange for f/u bp checks. She
as also given phone number for VA transportation services that would
nable Mr. Hutchings to continue care here until he is established with
he New London clinic.

               Signed by: /es/ JANIE B WALTERS
                          PHARMACY CLINICAL SPECIALIST 11/02/1998 09:21

-------------------------------------------------------------

HUTCHINGS,BURTON M                VACT HEALTHCARE SYSTEM      Printed:09/12/2000 08:3
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 DOB:04/25/1948           Pt Loc: OUTPATIENT                    Vice SF 50

115

**PROGRESS NOTES**

DATE

CLINIC:
PROVIDER:
ATTENDING:

③ ✓ PSA
④ ↑ CHO 349 – ✓ lipid profile
⑤ meld abl LFT – ? 20 benge dunky
    – repeat aftr DC
    Cancer
RTC 6 weeks.
                                    S———

MEDS:

116

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

**DATE** 12-1-98

CLINIC:

PROVIDER:

ATTENDING:

Patient is binge drinker. last binge was 1week ago.
Also c/o no nocturnal erection. still smoking.
started after get 1st Lakefowl IV

VITALS BP: 160/80.

Chest. clear to A/P

Hr. S1S2 ⊕ murmur

**MEDS**

| SGOT | 48 | | | CHO | 366. |
|---|---|---|---|---|---|
| SGPT | 54. | 138 | 22 | BUN | 19/1.3 |
| | | 5.0 | 101 | gu | 117 |
| UCU | 97.9. | | | | |

Impression

① HTN ~ B.P excellent diastolic, still ↑ systolic

② DIC ALL ETOH

③ impotence. ? 2° Felodipine, smoky, ETOH
                                    DIC ETOH

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give Name—last, first, middle grade; rank; rate; hospital or medical facility)

Hutchings Burton
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

REGISTER NO.                    WARD NO.

117

MEDICAL RECORD                                              Progress Notes

NOTE DATED: 01/03/2000 17:00   SA OUTPATIENT CLINIC NOTE
VISIT: 01/03/2000 17:00 SA DETOX OUTPATIENT (WHAV)
                OUTPATIENT DETOXIFICATION CONSULT

Mr. Hutchings was detox from alcohol at a nonVA facility for 4 days. He is
requesting a long term program for rehab. Last drink was 5 days ago.
History of hypertension and was admitted at this facility for a prior
detoxification. Blood pressure 177/106. However, patient reports that he
has had difficulty obtaining his medications and has not been totally
compliant. Had been drinking 1 quart of vodka for 10 months. Breathalizer
is negative at this time. Denies a history of seizures, DTs, blurred
vision, or headaches.

The recommendation is to house on 7-East, assign a counselor, and refer to
the Day Rehab program. Discharge with Serax 30mg po for q4-6h prn if
needed. Will re-evaluate in the AM for withdrawal. If present, will admit
to OPD for a short detox.

                    Signed by: /es/ LILLIAN D. RIDDICK, PH.D,ANP-C
                               PHD. ANP-C 01/03/2000 17:06

HUTCHINGS,BURTON M              VACT HEALTHCARE SYSTEM      Printed:09/12/2000 08:3
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 DOB:04/25/1948       Pt Loc: OUTPATIENT                   Vice SF 50

128

------------------------------------------------------------
MEDICAL RECORD                                    Progress Note:
------------------------------------------------------------
01/03/2000 17:32      ** CONTINUED FROM PREVIOUS PAGE **

                 Signed by: /es/ VITHARON BOON-YASIDHI, MD
                             PAOD 01/03/2000 17:39
               Cosigned by: /es/ OSCAR F HILLS
                             Chief, Psychiatric Emergency Room 01/04/2000
8:13

------------------------------------------------------------
HUTCHINGS,BURTON M            VACT HEALTHCARE SYSTEM      Printed:09/12/2000 08:
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 DOB:04/25/1948       Pt Loc: OUTPATIENT                 Vice SF 5(
------------------------------------------------------------

129

MEDICAL RECORD                                                    Progress Notes
---------------------------------------------------------------------------------

NOTE DATED: 01/03/2000 17:32    PHYSICAL EXAMINATION
VISIT: 01/03/2000 13:00 PSYCHIATRY-ER AM (WHAV)
Temp. 98.0    P86,    B/P 179/106,    R 18,    Breathlyzer 0.000

1) General Appearance: well-proportioned adult male in NAD

2) Head & Neck: head old scar left forehead, neck supple with full ROM

3) Eyes: EOMI, PERRL, fundoscopic exam normal

4) Ears:auricle and pinnae intact, TM's invisible, impack cerumen both ears

5) Nose: good air flow bilaterally, mucosae non-inflamed bilaterlly

6) Mouth/Throat: tongue, and posterior pharynx intact without
inflammation, good dentition

7) Chest: symmetrical expansion with respiration

8) Lungs: clear to auscultation bilaterally

9) Cardiovascular: regular rhythm, no murmurs

10) Abdomen: non-distended, non-tender, normal active bowel sounds, no
masses or hepatosplenomegaly

11) Genitalia/Rectal: not tested

12) Back: symmetric, no kyphosis or scoliosis, no CVA tenderness

13) Extremities: no cyanosis or edema, warm and dry, mutlple small scars
in nuckle area both hands.

14) Skin: mutiple round/oval patches covered with grey scales in back and
extremeties.

15) Lymphatic: no lymphadenopathy

16) Neurologic:oriented x3, speech of normal rate, tone and volume.
     Sensation intact to touch, pain.
     Motor strength 5/5 throughout, muscle tone normal, no fibrillations or
        fasciculations, no atrophy or involuntary movements.
     Cerebellar: no ataxia, incoordination, or gait abnormality.
     CN I not tested, II-XII grossly intact.
     DTR's 2+ throughout, plantar's downgoing bilaterally.

A/P: 1) HTN, 2) r/o psoriasis.  Pt to be referred to primary care clinic
for f/u treatment of his medical problems.

** THIS NOTE CONTINUED ON NEXT PAGE **

---------------------------------------------------------------------------------
HUTCHINGS,BURTON M          VACT HEALTHCARE SYSTEM       Printed:09/12/2000 08:3?
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 DOB:04/25/1948     Pt Loc: OUTPATIENT                   Vice SF 50?
---------------------------------------------------------------------------------

130

------------------------------------------------------------------------

MEDICAL RECORD                                                    Progress Note:
------------------------------------------------------------------------
01/04/2000 10:02        ** CONTINUED FROM PREVIOUS PAGE **

Motrin 600mg po q6h prn for back and side pain.
Continue Lisinopril and Felodipine for hypertension
Re-evaluate on the AM.

                    Signed by: /es/ LILLIAN D. RIDDICK, PH.D,ANP-C
                               PHD. ANP-C 01/04/2000 12:11

------------------------------------------------------------------------
HUTCHINGS,BURTON M              VACT HEALTHCARE SYSTEM      Printed:09/12/2000 08::
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 DOB:04/25/1948        Pt Loc: OUTPATIENT                   Vice SF 5(
------------------------------------------------------------------------

133

---

MEDICAL RECORD                                                   Progress Notes

---

NOTE DATED: 01/04/2000 10:02   SA OUTPATIENT CLINIC NOTE
VISIT: 01/04/2000 10:02 SA DETOX OUTPATIENT (WHAV)
                    OUTPATIENT DETOXIFICATION FOLLOW-UP

Mr. Hutchings was evaluated in the psychiatric emergency department
yesterday. He received a 4 day detox in New London. Presented with
elevated blood pressure. Patient's request was to stay in the q-house and
attend the day rehab program.  He took Serax last pm and thus will enroll
in a short detox. Last detox was 2 years.

Complains of tremors of the hands, rhinorrhea itchy rash of 3 days weeks
duration, stiffness of the fingers, knots in the right side and pain
midback. Also complains of insomnia.

Rash is located chiefly on the back, also on the arms and one lesion on
the lower extremity.

Diagnostic labs were done in the ER and are significant for Hepatitis B,
MCV 102.5, SGOT 262, SGPT 227, Magnesium 1.2, Cholesterol 366.

SOCIAL HISTORY:
Divorced. Uemployed because od alcoholism. Previously worked as a marine
mechanic. Born in Richmond, VA. Baptist religion but not actively
involved. Lives with his girlfriend whose father just died. Only sibling
died at the age of 49 from diabetes. Mother died in 1999 from a cerebral
hemorrhage at age 74 and was on coumadin. Father died at age 61 from a
heart attack. Reports a family history of alcoholism.

PHYSICAL EXAMINATION:
Done in ER.

NURSING ASSESSMENT:
CIWA 8: Tremors (3), Sweats (1), Anxiety (4), blood pressure 140/78, pulse
86, T-99.3, breathalizer negative.

ASSESSMENT:
Alcohol Dependent
Hypertension
Dermatitis most likely pityriasis vs Nummular eczema
Hypomagnesium
Transaminitis
Hypercholesteremia
Diarrhea

PLAN:
Kaopectate 60cc po for diarrhea after each loose stool.
Serax 15mg po q6h prn for withdrawal symptoms
Trazodone 50mg po has for sleep
Valisone Cream BIB for the rash
Magnesium Oxide 400mg po bid x 3 days.
              ** THIS NOTE CONTINUED ON NEXT PAGE **

---

HUTCHINGS,BURTON M          VACT HEALTHCARE SYSTEM      Printed:09/12/2000 08:3
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 DOB:04/25/1948   Pt Loc: OUTPATIENT                    Vice SF 50

---

134

------------------------------------------------------------------

MEDICAL RECORD                                        Progress Notes

------------------------------------------------------------------

NOTE DATED: 01/13/2000 13:43   SA OUTPATIENT CLINIC NOTE
VISIT: 01/13/2000 13:43 SA DETOX OUTPATIENT (WHAV)
              OUTPATIENT DETOXIFICATION MEDICAL FOLLOW-UP

Recalled Mr. Hutchings to discuss his repeat labs and to make arrangements
for his medical clinic follow-up. Cholesterol level has decreased
to 207, SGOT 139, SGPT 139, and magnesium level 2.1. Patient
reports that the muscle cramping has subsided since therapy for
low magnesium level. Also reviewed chest x-ray report. Except for
some degenerative changes, the x-ray was normal.

Received message from Dr.Prasad. Patient is to call the clinic for an
appointment. Informed patient if appointment is not given for him to be
seen within 4 weeks, let me know so I can intervene.

Continues with nasal congestion. He stopped the Entex stating that the
medication made him feel like he was drunk. Has received a renewal of
Benadryl.

ASSESSMENT:
Alcohol Dependent in remission
Hepatitis B

PLAN:
As above for medical clinic appointment
RTC if necessary

                    Signed by: /es/ LILLIAN D. RIDDICK, PH.D,ANP-C
                               PHD. ANP-C 01/13/2000 14:17

------------------------------------------------------------------

HUTCHINGS, BURTON M          VACT HEALTHCARE SYSTEM      Printed:09/12/2000 08:
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 DOB:04/25/1948      Pt Loc: OUTPATIENT          Vice SF 5(

------------------------------------------------------------------

149

MEDICAL RECORD                                                    Progress Notes

NOTE DATED: 01/21/2000 14:30   SA TREATMENT PLAN REVIEW NOTE
VISIT: 01/21/2000 14:00 SA DAY REHAB INDIVIDUAL(WHAV)
The pt. was seen for 30 minutes for individual tx on 1-18-00 and today.
Since starting SADP on 1-5-00, per tx plan objective #1 the pt. has
remained clean and sober AEB self-report, urine tox screens, and
breathalyzers. Per tx plan objective #2, the pt. has identified three
triggers for substance use and coping strategies for each. He has attended
the SADP daily and has reportedly been well engaged in group tx. The pt.
is also working diligently in individual tx. He has stated that tx is more
difficult for him this time, but that seems to be because he is working
harder and is actually trying to learn new behaviors.

The pt. has expressed an interest in admission to Rocky Hill VH&H and is
being assisted by Winsome Mellers, MSW, in completing his application. He
is to obtain a clear copy of his DD214 this weekend to fax to Rocky Hill
prior to their Tuesday admissions meeting. Original target date did not
account for a holiday and target dates are revised to 1/27/00. The pt's
primary clinician has requested an extension in the Q-house so the pt. can
continue to reside there until completing the SADP.

                    Signed by: /es/ JAMES C FINDLEY
                                    Ph.D. 01/25/2000 13:00
        Receipt Acknowledged By: /es/ Ned L. Cooney, Ph.D.
                                    Clinical Psychologist 01/25/2000 13:10
                               /es/ ELSA C. BASTONE
                                    clinical psychologist 01/26/2000 10:06
                               /es/ Verne M Gill, PhD
                                    PSYCHOLOGIST 01/25/2000 13:47

152

--------------------------------------------------------------------------------
MEDICAL RECORD                                                    Progress Notes
--------------------------------------------------------------------------------
NOTE DATED: 01/27/2000 13:12   SA DISCHARGE NOTE
VISIT: 01/27/2000 10:00 SA DAY REHAB INDIVIDUAL(WHAV)
<Problem #1>
ETOH Dependence

The pt. was seen for 30 minutes for individual tx today and on 1/25/00.
Per tx plan objective #1, since entering the SADP on 1/5/00, the pt. has
remained clean and sober AEB self-report, negative breathalyzers, and
negative urine tox screens. Per tx plan objective #2, the pt has
identified three triggers and three warning signs for substance use and
coping strategies for each. He attended SADP regularly and was very
engaged in both group and individual tx.

The pt. has denied SI/HI while attending SADP.

Discharge diagnosis:
      ETOH dependence

Discharge plan:
      The pt. has an appt. with his PCP, Dr. Prasad in New London, on
2/9/00 at 3:30. He is scheduled for admittance to the VRC at Rocky Hill
VH&H on 1/28/00.

                    Signed by: /es/ JAMES C FINDLEY
                                     Ph.D. 01/27/2000 13:13
           Receipt Acknowledged By: /es/ Ned L. Cooney, Ph.D.
                                     Clinical Psychologist 01/27/2000 14:43
                                /es/ ELSA C. BASTONE
                                     clinical psychologist 01/27/2000 13:37
                                /es/ Verne M Gill, PhD
                                     PSYCHOLOGIST 01/27/2000 17:03

--------------------------------------------------------------------------------
HUTCHINGS,BURTON M            VACT HEALTHCARE SYSTEM    Printed:09/12/2000 08:3
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 DOB:04/25/1948      Pt Loc: OUTPATIENT                  Vice SF 50
--------------------------------------------------------------------------------

154

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BURTON HUTCHINGS,                        :
                                         :
             Plaintiff,                  :        Civil No. 3:01CV540 (CFD)
                                         :
                                         :
                                         :
UNITED STATES OF AMERICA,                :
                                         :
             Defendant.                  :        January 24, 2003

## DEFENDANT'S REQUESTS FOR ADMISSION

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, the Defendant, United States of America, through its undersigned counsel, hereby propounds and serves Requests for Admission to the Plaintiff, Burton Hutchings ("Plaintiff"). Defendant requests that the Plaintiff admit the truth of the following statements of fact in connection with the above-referenced action:

1.      The Plaintiff's first treatment contact with the VA Connecticut Healthcare System was on February 9, 1998 when he presented at the West Haven campus Psychiatric Emergency Room. At that time, Plaintiff reported a daily intake of l quart to ½ gallon of vodka for the previous 9 months. See Plaintiff's VA Medical Records, Volume 1 ("VAMR"), at pp. 53 and 66.[1]

ANSWER:  Plaintiff denies.

---

[1] Plaintiff has already been provided with a copy of these records. For ease of reference, the relevant page citations are referenced. It should be noted that the cited pages are found on the left side of Volume 1.

EXHIBIT C

2.     At the time of the February 9, 1998 presentation, Plaintiff's blood pressure was 250/132 and he acknowledged that he had not taken his prescribed anti-hypertensive medication [Lopressor] for 6 years.  The Plaintiff was held in the psychiatric ER for the management for alcohol withdrawal.  See VAMR at pp. 49-50.

ANSWER:  Plaintiff admits the allegation concerning his blood pressure but denies the remainder of the first sentence.  Plaintiff admits the last sentence.

3.     As part of the February 1998 admission, a physical examination was performed by Joseph Cassar, the report for which was co-signed by Dr. Oscar Hills.   According to Dr. Cassar's physical examination, the Plaintiff had no rectal masses and his prostate was within normal limits and "heme (-)."   See VAMR at p. 50.

ANSWER:  Admit.   Deny second sentence.

4.     On February 17, 1998, after successfully completing the alcohol detoxification, the Plaintiff was transferred to a substance abuse day treatment program (SADP) at VA Connecticut.

ANSWER:  Admit.

5.     On February 23, 1998, the Plaintiff was described as a "twice divorced, unemployed (x's 9 months), Navy veteran ('65 - '68) who has no SCD [Service Connected Disability].  He presents with a 25 year history of alcohol dependence."  The plan was for the Plaintiff to participate daily in the substance abuse treatment program "for a minimum of three weeks."  His treatment was to be provided by Dr. Michael Gill as his primary clinician and Dr. Christopher Gottschalk as the attending psychiatrist. See VAMR at p. 80.

ANSWER:  Admit.

2

6.    Also on February 23, 1998, the Plaintiff was evaluated by Dr. Gail Vitagliano in the Outpatient Medicine Clinic.  Dr. Vitagliano noted that the Plaintiff complained of erectile difficulties during the past week that Plaintiff attributed to excessive hypertension medication.  Dr. Vitagliano adjusted the anti-hypertensive medication and instructed the Plaintiff to return to the clinic in one month.  She also noted that Plaintiff's health maintenance was to be addressed at his next visit.  See VAMR at p. 81.

ANSWER:    Admit.

7.    On March 27, 1998, after what was described as a series of unexcused absences, the Plaintiff was discharged from the substance abuse program.  It was also noted that he had not responded to his therapist's attempts to re-engage him.  See VAMR at pp. 105-106.

ANSWER:    Denied.

8.    There is no medical record evidence of Plaintiff having returned to the Outpatient Medicine Clinic.

ANSWER:    The Plaintiff is unable to admit or deny this request as there is no definition for "out-patient medical clinic".

9.    Seven months later, on October 26, 1998, the Plaintiff returned to the VA Connecticut for a blood pressure check.  At that time, his blood pressure was 238/136 and when rechecked was 250/130.  The Plaintiff reported that he was "still actively drinking" and that he had stopped taking his anti-hypertensive medication.  He was held

in the ER "to bring down BP before he goes home today" and he was instructed to

"return to clinic to see pcp [Primary Care Provider] Dr. Haskell in 2 days for BP check."

The note also concluded "Health maintenance – to be addressed by pcp Dr. Haskell –

Pt has appt. scheduled w/Dr. Haskell on 1/5/99." See VAMR at p. 109.

ANSWER:  The Plaintiff admits the first two sentences.  The Plaintiff
denies the third sentence.  The Plaintiff admits the fourth sentence.
The Plaintiff admits the fifth sentence to the extent that it requests
that the Plaintiff confirm that the medical record states the quoted words

10.    On 10/29/98 the Plaintiff did return to the Emergency Room and his blood

pressure was 150/92.  See VAMR at p. 114.

ANSWER:   Admit.


11.    On October 30, 1998, the Plaintiff's wife called to report that he would be unable

to keep his scheduled appointment.  She inquired as to whether he could receive care

at the New London (VA) Outpatient Clinic and Dr. Rigsby "placed an electronic consult

to New London clinic for primary care services…was also given phone number for VA

transportation services that would enable Mr. Hutchings to continue care here until he is

established with the New London clinic." See VAMR at p. 115.

ANSWER:  Plaintiff admits first sentence except that the caller was
Plaintiff's ex-wife.  The Plaintiff cannot admit or deny the remainder
of this request because he was not a party to this conversation.

12.    On December 1, 1998, the Plaintiff was seen by Dr. Sujata Prasad at the New

London Community Based Outpatient Clinic (CBOC).  Dr. Prasad noted that the

Plaintiff's systolic B/P was still elevated and that he was complaining of "impotence - ?

[secondary] Felodipine, smoking, ETOH [alcohol] D/C [discontinue] ETOH."  Next Dr.

4

Prasad wrote "√ PSA" and noted a cholesterol level of 399 with a plan to "√ lipid profile"

and mildly elevated liver function tests [LFT's] secondary to 'binge drinking." Dr. Prasad

indicated a plan to repeat the LFT's "after D/C" [after pt. stops drinking.] The doctor

wrote as his last line in the note "RTC [Return to Clinic] 6 weeks." <u>See</u> VAMR at pp.

116-117.
ANSWER: Plaintiff admits first sentence. Plaintiff cannot admit or
deny the remainder of this paragraph because Plaintiff cannot interpret
the doctor's handwriting and notations.

13. Plaintiff did not return to the VA in 1999, and there is no medical record evidence

of Plaintiff having received any treatment at the VA in 1999.

ANSWER: Admit.

14. Thirteen months later, on January 3, 2000, the Plaintiff again presented at the

West Haven campus ER requesting alcohol rehabilitation. He admitted that he had just

undergone a 4-day alcohol detox. program at a non-VA facility and that he had been

drinking a quart of vodka daily for 10 months. He also acknowledged that he had been

non-compliant with his hypertension treatment regimen. <u>See</u> VAMR at p. 128.

ANSWER: Plaintiff admits first sentence. Plaintiff denies
remainder of paragraph.

15. At the time of his January 3, 2000 admission, the Plaintiff had a physical exam,

performed by Dr. Vitharan Boon-Yasidhi, the report of which was co-signed by Dr.

Oscar F. Hills. The note for this examination indicates "Genitalia/rectal: not tested."

The note also states that Plaintiff was "to be referred to primary care clinic for f/u

treatment of his medical problems." <u>See</u> VAMR at p. 130.

ANSWER: Plaintiff admits except with regard to the names of the
doctors.

5

16.    On January 4, 2000,  the Plaintiff was again admitted to the VA Connecticut Day

Hospital Substance Abuse Treatment Program.  See VAMR at pp. 133-134.

 ANSWER:  Admit.

17.    On January 3, 2000, the Plaintiff's treater in the substance abuse program,

Lillian Riddick, advised him of his elevated cholesterol and liver function studies and

encouraged him to arrange for Medical Clinic follow-up.  Dr. Riddick wrote that she

received a message from Dr. Prasad that the Plaintiff was "to call the clinic for an

appointment." See VAMR at p. 149.

ANSWER:  Plaintiff cannot admit or deny the first sentence because
he is unable to interpret the doctor's notes.  Plaintiff admits the
second sentence.

18.    According to the medical record, the Plaintiff expressed an interest in admission

to Rocky Hill Veterans Home & Hospital.  Plaintiff's primary clinician requested an

extension in the VA CT Quarterway House on Medical Center grounds so the Plaintiff

could continue to reside there until completing the SADP.  See VAMR at pp. 152.

ANSWER:  Admit.

19.    On January 27, 2000, the Plaintiff was discharged from the substance abuse

program after having been "clean and sober" since January 5, 2000.  The discharge

plan was as follows: "The pt. has an appt. with his PCP, Dr. Prasad in New London, on

2/9/00 at 3:30.  He is scheduled for admittance to the VRC at Rocky Hill V.H. & H on

1/28/00." See VAMR at p. 154.

ANSWER:  Admit.

20.    In January of 2000, Plaintiff was admitted to the Rocky Hill Veterans Home and

Hospital.  Shortly thereafter, Plaintiff was diagnosed with adenocarcinoma of the

prostate.

ANSWER:  Admit.

6

21.    In sum:

a.    Plaintiff underwent a physical examination at the VA in February of 1998 in connection with his admission for alcohol detoxification, with a finding of no abnormalities in the examination of his rectum or prostate.

ANSWER:    Denied that a complete physical examination was conducted.

b.    On December 1, 1998, Plaintiff was seen by Dr. Sujata Prasad at the New London CBOC and was scheduled to return to that clinic within 6 weeks. Plaintiff did not return to the CBOC in 1998 or 1999.

ANSWER:    Denied.

c.    Plaintiff did not return to the VA for any treatment in 1999.

ANSWER:    Admit.

d.    Plaintiff underwent a physical examination at the VA on January 3, 2000 in connection with his admission for alcohol detoxification.  The note for this examination indicates that Plaintiff's genitalia and rectal area were not tested and that Plaintiff was to be referred to primary care clinic for follow up on the treatment of his medical problems.

ANSWER:    Denied that a complete physical examination was conducted.

e.    On January 21, 2000 Plaintiff was admitted to the Rocky Hill Veterans Home and Hospital and was diagnosed with prostate cancer shortly thereafter.

ANSWER:    Admit.

DEFENDANT, UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*Lauren M Nash*

LAUREN M. NASH
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR NO. ct01705

7

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Defendant's Requests for

Admission has been mailed first-class, postage prepaid, on this 24th day of January,

2003, to:

Ralph J. Monaco, Esq.
Conway & Londregan, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT  06320

LAUREN M. NASH
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR NO. ct01705

8

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Defendant's Amended

Local Rule 56(a)(1) Statement has been mailed first-class, postage prepaid, on this 4th

day of November, 2003, to:

Ralph J. Monaco, Esq.
Conway & Londregan, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT  06320

LAUREN M. NASH
ASSISTANT U.S. ATTORNEY