FILED

2004 JAN 23  P 2: 50

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BURTON HUTCHINGS | : |
| Plaintiff, | : CIVIL ACTION NO. |
| vs. | : 3:01 - CV - 0540 (CFD) |
| UNITED STATES OF AMERICA, | : JANUARY 19, 2004 |
| Defendant. | : |

### AFFIDAVIT OF BURTON HUTCHINGS

STATE OF CONNECTICUT    )
                       ) ss:    January 19, 2004
COUNTY OF NEW LONDON    )

I, Burton Hutchings, sworn according to law, do declare and state:

1.  I am over eighteen years of age and understand the meaning and obligations of an oath.

2.  I am the Plaintiff in the above-captioned lawsuit and submit this affidavit in opposition to the Defendant, the United States of America's Motion for Summary Judgment.

3.  My birthday is April 25, 1948. I turned fifty on April 25, 1998.

4.  Upon my admission to the VA hospital in February 1998, the medical staff at the VA, Drs. Hills and Cassar, performed a physical examination of me that included a review of all major bodily systems, along with blood and urine tests. They never performed a rectal exam, did not order a PSA test to detect prostate cancer.

5. On February 23, 1998, I was again evaluated at the VA, by Dr. Gail Vitagliano. I complained of erectile difficulties during that visit, however, no further physical examination was performed nor was a digital rectal examination ("DRE") or PSA ever discussed with me.

6. On December 1, 1998, I was seen at a VA outpatient facility in New London. I had been suffering from impotence and erectile dysfunction before this visit. I was seen by Dr. Sujata Prasad and I informed the physician of my continued erectile dysfunction. Dr. Prasad did not order a PSA test and she did not discuss with me the need for such a test or the possibility that prostate disease or cancer could be the cause of my repeated complaints.

7. In January, 2000, I was seen at the VA again for alcohol dependence and impotence/erectile dysfunction. The medical staff performed a physical examination, but did not include either a rectal exam or a PSA test.

8. In February 2000, I began treatment at the Connecticut Department of Veterans Affairs (hereinafter "Connecticut VA") facility in Rocky Hill, Connecticut. The medical staff at the Connecticut VA performed both a DRE and a PSA and found my PSA level was 20.7, which they indicated was extremely high.

9. Subsequently, the VA Connecticut referred me to Dr. Laudone, who performed a biopsy and eventually confirmed the diagnosis of prostate cancer. Thereafter, I underwent a radical prostatectomy.

10. While I admit that I have been an alcohol dependent person in the past, I believe that the medical records relating to my treatment by the VA contain exaggerated references to the frequency and volume of my alcohol consumption during the relevant time frame, from 1998 to 2000.

*Burton Hutchings*
Burton Hutchings

Subscribed and sworn to before me at New London, Connecticut, this 9th day of January, 2004.

~~Helen C. Flannery~~ Ralph J. Monaco
~~Notary Public~~ Commissioner of Superior Court

My commission expires:

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BURTON HUTCHINGS | : |
| Plaintiff, | : CIVIL ACTION NO. |
| vs. | : 3:01 - CV - 0540 (CFD) |
| | : |
| UNITED STATES OF AMERICA, | : JANUARY 19, 2004 |
| Defendant. | : |

### AFFIDAVIT OF BURTON HUTCHINGS

STATE OF CONNECTICUT    )
                        ) ss:        January 19, 2004
COUNTY OF NEW LONDON    )

I, Burton Hutchings, sworn according to law, do declare and state:

1. I am over eighteen years of age and understand the meaning and obligations of an oath.

2. I am the Plaintiff in the above-captioned lawsuit and submit this affidavit in opposition to the Defendant, the United States of America's Motion for Summary Judgment.

3. My birthday is April 25, 1948. I turned fifty on April 25, 1998.

4. Upon my admission to the VA hospital in February 1998, the medical staff at the VA, Drs. Hills and Cassar, performed a physical examination of me that included a review of all major bodily systems, along with blood and urine tests. They never performed a rectal exam, did not order a PSA test to detect prostate cancer.

5.    On February 23, 1998, I was again evaluated at the VA, by Dr. Gail Vitagliano. I complained of erectile difficulties during that visit, however, no further physical examination was performed nor was a digital rectal examination ("DRE") or PSA ever discussed with me.

6.    On December 1, 1998, I was seen at a VA outpatient facility in New London. I had been suffering from impotence and erectile dysfunction before this visit. I was seen by Dr. Sujata Prasad and I informed the physician of my continued erectile dysfunction. Dr. Prasad did not order a PSA test and she did not discuss with me the need for such a test or the possibility that prostate disease or cancer could be the cause of my repeated complaints.

7.    In January, 2000, I was seen at the VA again for alcohol dependence and impotence/erectile dysfunction. The medical staff performed a physical examination, but did not include either a rectal exam or a PSA test.

8.    In February 2000, I began treatment at the Connecticut Department of Veterans Affairs (hereinafter "Connecticut VA") facility in Rocky Hill, Connecticut. The medical staff at the Connecticut VA performed both a DRE and a PSA and found my PSA level was 20.7, which they indicated was extremely high.

9.    Subsequently, the VA Connecticut referred me to Dr. Laudone, who performed a biopsy and eventually confirmed the diagnosis of prostate cancer. Thereafter, I underwent a radical prostatectomy.

10. While I admit that I have been an alcohol dependent person in the past, I believe that the medical records relating to my treatment by the VA contain exaggerated references to the frequency and volume of my alcohol consumption during the relevant time frame, from 1998 to 2000.

*Burton Hutchings*
Burton Hutchings

Subscribed and sworn to before me at New London, Connecticut, this 9th day of January, 2004.

~~Helen C. Flannery~~ *Ralph J. Monaco*
~~Notary Public~~ *Commissioner of Superior Court*

My commission expires:

3