UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BURTON HUTCHINGS, | : | |
| | : | |
| Plaintiff, | : | Civil No. 3:01CV540 (CFD) |
| | : | |
| | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | March 15, 2004 |

JOINT STATUS REPORT

Pursuant to the order of this Court dated February 24, 2004, the parties, through their undersigned counsel, Ralph J. Monaco, Esq., for the Plaintiff, Burton Hutchings, and Lauren M. Nash, Assistant United States Attorney, for the Defendant, United States of America, hereby respectfully submit the following Joint Status Report.

A. **Nature of the Case**

1. This is an action under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 et seq. Plaintiff, Burton Hutchings, is suing the government for medical malpractice which he claims occurred in connection with his treatment rendered at the Veterans Administration Connecticut Healthcare System. Specifically, Plaintiff claims that in 1998 and 2000, on occasions when he was admitted for problems related to alcohol dependency, VA practitioners negligently failed to perform prostate examinations on him. Plaintiff seeks damages for personal injury in the amount of $1 million. Defendant, United States of America, has denied all allegations of wrongdoing.

    2.    There is a pending motion for summary judgment which was filed by the Defendant on November 4, 2003.

    3.    Pursuant to 28 U.S.C. § 2402, this action will be tried to the Court.

B.    **Discovery**

    1.    While the discovery deadline has passed, the parties would request a four-month period following this Court's ruling on the Defendant's motion for summary judgment within which to conduct depositions of expert and fact witnesses, and to prepare for trial.

C.    **Settlement**

    1.    The last settlement conference was held on September 11, 2002 with Magistrate Judge William I. Garfinkel.

    2.    There are no outstanding reports.

    3.    The parties do not believe that a settlement conference would be beneficial at this time.

D.    **Trial Preparation**

    1.    *See* Section B(1).

    2.    No additional preparation is required.

    3.    There are no additional pleadings to be filed.

4. The joint trial memorandum has not yet been filed, and no deadline has been set.

                                                            Respectfully submitted,

                                                            PLAINTIFF, BURTON HUTCHINGS

DATE: _____ BY: _____[1]
                                                           RALPH J. MONACO, ESQ.
                                                           CONWAY & LONDREGAN, P.C.
                                                           38 HUNTINGTON STREET
                                                           P.O. BOX 1351
                                                           NEW LONDON, CT 06320
                                                           (860) 447-3171
                                                           FEDERAL BAR NO. ct13306


                                                           DEFENDANT, UNITED STATES OF AMERICA

DATE: _____ BY: _____
                                                           LAUREN M. NASH
                                                           ASSISTANT U.S. ATTORNEY
                                                           CONNECTICUT FINANCIAL CENTER
                                                           157 CHURCH STREET
                                                           P.O. BOX 1824
                                                           NEW HAVEN, CT 06508
                                                           (203) 821-3700
                                                           FEDERAL BAR NO. ct01705

---

[1] In order to insure the timely filing of this report, Attorney Monaco has given his permission for government counsel to sign on his behalf.