UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BURTON HUTCHINGS, | : | |
| | : | |
| Plaintiff, | : | Civil No. 3:01CV540 (CFD) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | May 21, 2004 |

DEFENDANT UNITED STATES OF AMERICA'S
MOTION FOR EXTENSION OF TIME
TO SUBMIT JOINT TRIAL MEMORANDUM

    The Defendant, United States of America, hereby respectfully requests an extension of time within which the parties may submit the Joint Trial Memorandum in the above-captioned case. On April 20, 2004, this Court issued a Pretrial Order requiring the parties to file their joint submission on June 3, 2004. The United States now seeks until July 3, 2004 to submit the Joint Pretrial Memorandum.

    The Defendant seeks this extension because undersigned counsel has an appellate brief due before the Second Circuit Court of Appeals on June 3, 2004, the same day the Joint Trial Memorandum is currently due in this case. The thirty-day extension sought would permit the undersigned counsel time to fully and accurately provide the information required by the Pretrial Order, following the completion of the above-mentioned appellate brief.

    This is the third motion for extension of the pretrial deadlines in this case. Counsel for the Plaintiff could not be reached to ascertain his position as to the extension of time sought.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


LAUREN M. NASH
ASSISTANT U.S. ATTORNEY
CONNECTICUT FINANCIAL CENTER
157 CHURCH STREET
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
FEDERAL BAR NO. ct01705

<u>CERTIFICATION OF SERVICE</u>

This is to certify that a copy of the within and foregoing was served by first-class mail, postage prepaid, on this 21st day of May, 2004, to:

Ralph J. Monaco, Esq.
Conway & Londregan, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT  06320

_____
LAUREN M. NASH
ASSISTANT U.S. ATTORNEY