# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| BURTON HUTCHINGS,<br>    Plaintiff, | :<br>:<br>: |
| v. | :   Civil Action No.<br>:   3:01 CV 540(CFD) |
| UNITED STATES OF AMERICA,<br>    Defendant. | :<br>: |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate William I. Garfinkel for the following purposes:

___  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

___  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___  A recommended ruling on the following motions which are currently pending: (orefm.)

___  A ruling on the following motion which is currently pending: (orefm.)

_X_  A settlement conference (orefmisc./cnf)

___  A conference to discuss and approve the following: (orefmisc./cnf)

___  Other: (orefmisc./misc) _____

SO ORDERED this 28th day of September 2004 at Hartford, Connecticut.

/s/ CFD
Christopher F. Droney
United States District Judge