# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| BURTON HUTCHINGS,       : | |
|    Plaintiff,         : | |
| : | |
| v.                      : | Civil Action No. |
| : | 3:01 CV 540(CFD) |
| UNITED STATES OF AMERICA, : | |
|    Defendant.        : | |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate William I. Garfinkel for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____ A recommended ruling on the following motions which are currently pending:  (orefm.)

____ A ruling on the following motion which is currently pending:  (orefm.)

_X_ A follow-up settlement conference (orefmisc./cnf)

____ A conference to discuss and approve the following:  (orefmisc./cnf)

____ Other:  (orefmisc./misc) _____

SO ORDERED this 13th day of September 2005 at Hartford, Connecticut.

                                               /s/ CFD
                                              Christopher F. Droney
                                              United States District Judge