UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COURT

| | |
|---|---|
| BURTON HUTCHINGS ) | C.A. NO.: 3:01-CV-540(CFD) |
|     Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | |
| UNITED STATES OF AMERICA ) | November 22, 2006 |
|     Defendant, ) | |
| ) | |
| ) | |
| ) | |
| ) | |

<b><u>MOTION TO WITHDRAW APPEARANCE</u></b>

1.    The undersigned previously appeared in this matter on behalf of Plaintiff, Burton Hutchings, while and associate at Conway & Londregan, PC.

2.    On or about March 24, 2006 I resigned from Conway & Londregan, P.C. and began work as an associate at Morrison Mahoney LLP, One Constitution Plaza, 10th Floor, Hartford, CT 06103.

3.    Court records reflect that my appearance is listed as Morrison Mahoney. Apparently, the clerk has updated my personal information to reflect the fact that I have changed firms.

4.    Plaintiff Burton Hutchings has at all times been represented by Ralph J. Monaco, who remains an attorney of record and therefore my withdrawal will not leave Plaintiff Burton Hutchings unrepresented nor will it delay ongoing proceedings in this matter.

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

WHEREFORE, the undersigned hereby moves to withdraw his Appearance as counsel of record for Plaintiff Burton Hutchings.

        THE PLAINTIFF,

        BY: /s/ Patrick J. Day
        Patrick J. Day Esq.
        MORRISON MAHONEY LLP
        ONE CONSTITUTION PLAZA, 10TH FLOOR
        HARTFORD, CT 06103
        (860)-616-4441
        FAX: (860) 244-3800
        FEDERAL I.D. NO.: CT 21858

2

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing document was filed electronically on this 22nd day of November 2006 and was served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable accept electronic filing. Parties may access this filing through the Court's system.

                                           /s/ Patrick J. Day
                                           Patrick J. Day, Esq.

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459