UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BURTON HUTCHINGS, | : | |
| | : | |
| Plaintiff, | : | Civil No. 3:01CV540 (CFD) |
| | : | |
| | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | November 25, 2006 |

SUGGESTION OF DEATH

Pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure, the Defendant, United States of America, hereby respectfully files this suggestion of death.  According to the Day Newspaper Obituary Page (www.legacy.com/theday/Obituaries.asp), the Plaintiff, Burton Hutchings, died on October 22, 2006.

                      Respectfully submitted,

                      DEFENDANT, UNITED STATES OF AMERICA

                      KEVIN J. O'CONNOR
                      UNITED STATES ATTORNEY

                        /s/
                      LAUREN M. NASH, ct01705
                      ASSISTANT U.S. ATTORNEY
                      UNITED STATES ATTORNEY'S OFFICE
                      157 CHURCH STREET
                      NEW HAVEN, CT  06510
                      Telephone: (203) 821-3700
                      Facsimile:  (203) 773-5373
                      E-mail: lauren.nash@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on November 25, 2006, a copy of foregoing Suggestion of Death was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/
LAUREN M. NASH, ct01705
ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET
NEW HAVEN, CT  06510
Telephone: (203) 821-3700
Facsimile:  (203) 773-5373
E-mail: lauren.nash@usdoj.gov