UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| BURTON HUTCHINGS, | : | |
| --- | --- | --- |
| Plaintiff, | : | Civil No. 3:01CV540 (CFD) |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | March 8, 2007 |

MOTION TO DISMISS

  The Defendant, United States of America, hereby respectfully moves to dismiss the complaint in the above-captioned case. Under Rule 25(a)(1) of the Federal Rules of Civil Procedure, plaintiff was required to file a motion to substitute a successor to the plaintiff-decedent within 90 days of the defendant's suggestion of death. Plaintiff failed to file the motion to substitute within the prescribed period, and this complaint should be dismissed.

NO ORAL ARGUMENT IS REQUESTED

This motion to dismiss is supported by a memorandum of law, submitted herewith.

                    Respectfully submitted,

                    DEFENDANT, UNITED STATES
                     OF AMERICA

                    KEVIN J. O'CONNOR
                    UNITED STATES ATTORNEY


                         /s/
                    LAUREN M. NASH, ct01705
                    ASSISTANT U.S. ATTORNEY
                    UNITED STATES ATTORNEY'S OFFICE
                    157 CHURCH STREET
                    NEW HAVEN, CT  06510
                    Telephone: (203) 821-3700
                    Facsimile:  (203) 773-5373
                    E-mail: lauren.nash@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on March 8, 2007, a copy of foregoing Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/
LAUREN M. NASH, ct01705
ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET
NEW HAVEN, CT  06510
Telephone: (203) 821-3700
Facsimile:  (203) 773-5373
E-mail: lauren.nash@usdoj.gov