UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BURTON HUTCHINGS** | : | |
| | : | |
| Plaintiff, | : | **C.A. NO.** |
| | : | **3:01 - CV - 0540 (CFD)** |
| vs. | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Defendant. | : | **MARCH 13, 2007** |

## APPEARANCE

TO THE CLERK:

Please enter the appearance of Patrick J. Day, CONWAY & LONDREGAN, P.C., as additional counsel for the Plaintiff in the above-entitled action.

                                       THE PLAINTIFF

                                       By:_____
                                           Patrick J. Day
                                           Bar No, CT - 21858
                                           Of Conway & Londregan, P.C.
                                           38 Huntington St., P.O. Box 1351
                                           New London, CT  06320-1351
                                           860-447-3171 / FAX 860-444-6103
                                           Their Attorneys

## CERTIFICATION

I hereby certify that on March 13, 2007, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF system.

Attorney Lauren Nash
Office of the U.S. Attorney
Connecticut Financial Center
157 Church Street
P.O. Box 1824
New Haven, CT  06508

_____
Patrick J. Day, Esq.