UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BURTON HUTCHINGS : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO. |
| : | 3:01 - CV - 0540 (CFD) |
| vs. : | |
| : | |
| UNITED STATES OF AMERICA, : | |
| : | APRIL 11, 2007 |
| Defendant. : | |

## MOTION TO SUBSTITUTE PLAINTIFF

Pursuant to Fed. R. Civ. P. 25(a)(1), the undersigned, on behalf of Danielle Nordstrom, Administratrix of the Estate of Burton Hutchings, respectfully requests that the Administratrix be substituted as the proper party Plaintiff in this action. In further support of this motion, the undersigned offers the following:

1. On or about October 22, 2006 Plaintiff Burton Hutchings died as a result of complications from treatment undertaken following the Defendant's medical malpractice which forms the basis of the instant action.

2. Since Plaintiff's death, his daughter Danielle Nordstrom has been actively involved in administering the estate.

3. By order of the Probate Court, District of Montville, Connecticut, dated December 27, 2006, Nordstrom was appointed administratrix of the Hutching's estate pending furnishing of a probate bond "as required by statute is fixed at $10,000 "as

required by statute". A true and correct copy of the order appointing Nordstrom administratrix of the estate is attached as Exhibit "A".

4. Since January, 2007 Nordstrom has been in the process of obtaining the probate bond through a local insurance agency.

5. On April 2, 2007 Hedden Insurance Agency, Inc. of Waterford, Connecticut, acting on behalf of Liberty Mutual Insurance Company issued a probate bond in the amount of $10,000 naming Danielle Nordstrom as principal and LMI as surety.

6. Danielle Nordstrom has complied with all requirements of the probate court's order of December 27, 2006.

WHEREFORE, for all the foregoing reasons Danielle Nordstrom, Adminstratrix of the Estate of Burton Hutchings, respectfully requests that she be substituted as the party plaintiff in this action.

        DANIELLE NORDSTROM,
        ADMINISTRATRIX OF THE ESTATE
        OF BURTON HUTCHINGS


By:_____
   Ralph J. Monaco, Esq.
   CT-13306
   Patrick J. Day, Esq.
   CT-21858
   Conway & Londregan, P.C.
   38 Huntington St., P.O. Box 1351
   New London, CT  06320-1351
   860-447-3171 / FAX 860-444-6103
   His Attorneys

## **CERTIFICATION**

I hereby certify that on April 11, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF system.

Attorney Lauren Nash
Office of the U.S. Attorney
Connecticut Financial Center
157 Church Street
P.O. Box 1824
New Haven, CT  06508

_____
Patrick J. Day, Esq.

| DECREE GRANTING ADMINISTRATION OR PROBATE OF WILL PC-260 REV. 10/05 | STATE OF CONNECTICUT<br>COURT OF PROBATE | RECORDED: |
|---|---|---|
| COURT OF PROBATE, DISTRICT OF Montville | | DISTRICT NO. 086 |

**ESTATE OF**

Burton Hutchings, Late of Montville  (06-00181)

| FIDUCIARY'S NAME AND ADDRESS | POSITION OF TRUST |
|---|---|
| Danielle Nordstrom, 24 Brookview Court, Noank, CT 06340 | Administratrix |

At a court of probate held at the place and time of hearing set by the Court, together with any continuances thereof, as of record appears, on the petitioner's application for letters of administration be granted on said estate, all as in said application more fully appears.

PRESENT: Hon. Ronald K. McDaniel, Jr., Judge

After due hearing, THE COURT FINDS that:

The above-named decedent died on the 22nd day of October, 2006, domiciled at the time of death at 42 Beechwood Road, Oakdale, CT 06370 and having estate whereof administration appertains to this Court, and administration of said estate ought to be granted.

All persons known to be interested in said proceedings have signed and filed in court a written waiver of notice of hearing on said application.

The fiduciary named above has accepted the position of trust designated above, and

Probate bond of the fiduciary as required by statute is fixed at $10,000.

And it is ORDERED AND DECREED that:

The said application is approved, administration of said estate is granted to the fiduciary named above, and letters of administration are hereby issued to said fiduciary.

And it is further ORDERED AND DECREED that:

Two months from the date hereof, be and the same is allowed said fiduciary within which to make a true and complete inventory of all property of the estate of said deceased.

Twelve months from the date hereof, be and the same is allowed said fiduciary within which to settle said estate.

All claims against the above estate be presented pursuant to the provisions of C.G.S. Ch. 802b, Part VII.

*Notice of this decree be given by the judge, clerk, or assistant clerk by regular mail, not more than TEN days from the date hereof.*

Dated at Uncasville, Connecticut, this 27th day of December, 2006.

Ronald K. McDaniel, Jr., Judge

As used in this decree, the word fiduciary includes the plural, where the context so requires.

DECREE GRANTING ADMINISTRATION OR PROBATE OF WILL
PC-260