UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIELLE NORDSTROM,<br>ADMINISTRATRIX OF THE<br>ESTATE OF BURTON HUTCHINGS, | : : : : | |
| Plaintiff, | : : : : | Civil No. 3:01CV540 (CFD) |
| UNITED STATES OF AMERICA, | : : | |
| Defendant. | : | April 27, 2007 |

JOINT STATUS REPORT

Pursuant to the Order of this Court dated April 12, 2007, the parties, through their undersigned counsel, Patrick Day, Esq., for the Plaintiff, Danielle Nordstrom, Administratrix for the Estate of Burton Hutchings, and Lauren M. Nash, Assistant United States Attorney, for the Defendant, United States of America, hereby respectfully submit the following Joint Status Report.

A.    **Nature of the Case**

    1.    This is an action under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 et seq. Plaintiff, Danielle Nordstrom, Administratrix of the Estate of Burton Hutchings, is suing the government for medical malpractice which is claimed to have occurred in connection with the decedent's treatment rendered at the Veterans Administration Connecticut Healthcare System. Specifically, Plaintiff claims that in 1998 and 2000, on occasions when the decedent was admitted for problems related to alcohol dependency, VA practitioners negligently failed to

perform prostate examinations on him. Plaintiff seeks damages in the amount of $1 million. Defendant, United States of America, has denied all allegations of wrongdoing.

    2.    There are no pending motions.

    3.    Pursuant to 28 U.S.C. § 2402, this action will be tried to the Court.

B.    **Discovery**

Discovery has been completed.

C.    **Settlement**

    1.    Since the passing of Mr. Hutchings, the parties have been interested in attending a final settlement conference before the case is tried. The matter was initially scheduled to be heard by Magistrate Judge William I. Garfinkel on January 2, 2007, but was cancelled by the Court due to the death of President Gerald Ford. The conference was then rescheduled for February 14, 2007, but was cancelled again due to inclement weather. The parties are interested in rescheduling this conference and are awaiting word back from the Judge's chambers as to his availability.

    2.    There are no outstanding reports.

    3.    The parties believe that a final settlement conference would be beneficial.

D.    **Trial Preparation**

    1.    See Section B.

    2.    No additional preparation is required.

    3.    Plaintiff plans to file a substitute complaint.

4.      The joint trial memorandum has been filed.  With respect to the trial of this case, the parties request that the trial be scheduled following the settlement conference with Magistrate Judge Garfinkel, the date of which is to be determined.

                                          Respectfully submitted,

                                          PLAINTIFF, DANIELLE NORDSTROM,
                                          ADMINISTRATRIX OF THE ESTATE OF
                                          BURTON HUTCHINGS

DATE:  April 27, 2007            BY:          /s/
                                          PATRICK DAY, ESQ., ct 21858
                                          CONWAY & LONDREGAN, P.C.
                                          38 HUNTINGTON STREET
                                          P.O. BOX 1351
                                          NEW LONDON, CT  06320
                                          Telephone: (860) 447-3171
                                          Facsimile: (860) 444-6103
                                          E-mail: pday.c-l@snet.net


                                          DEFENDANT, UNITED STATES OF AMERICA

DATE:  April 27, 2007            BY:          /s/
                                          LAUREN M. NASH, ct01705
                                          ASSISTANT U.S. ATTORNEY
                                          CONNECTICUT FINANCIAL CENTER
                                          157 CHURCH STREET
                                          NEW HAVEN, CT  06510
                                          Telephone: (203) 821-3700
                                          Facsimile: (203) 773-5373
                                          E-mail: lauren.nash@usdoj.gov