UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BURTON HUTCHINGS** | : | |
| | : | |
| Plaintiff, | : | C.A. NO. |
| | : | 3:01 - CV - 0540 (CFD) |
| vs. | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Defendant. | : | DECEMBER 14, 2007 |

## **APPEARANCE**

TO THE CLERK:

Please enter the appearance of Brian K. Estep, CONWAY & LONDREGAN, P.C., as additional counsel for the Plaintiff in the above-entitled action.

THE PLAINTIFF,

By:_____
Brian K. Estep, Esq.
Fed. Bar No. CT-17986
Of Conway & Londregan, P.C.
38 Huntington St., P.O. Box 1351
New London, CT  06320-1351
860-447-3171  /  FAX  860-444-6103
Their Attorneys

## **CERTIFICATION**

I hereby certify that on December 14, 2007, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF system.

    Attorney Lauren Nash
    Office of the U.S. Attorney
    Connecticut Financial Center
    157 Church Street
    P.O. Box 1824
    New Haven, CT  06508

                                          By:_____
                                              Brian K. Estep, Esq.